# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**BRAD EDWARD LAMBERTH**                                                                                      **PLAINTIFF**

**VS.**                                                    **4:17-CV-00083-BRW**

**RYAN MILLSAPS**                                                                                                   **DEFENDANT**

## ORDER

More than a month has passed since the Court ordered Mr. Lamberth to submit a complete application to proceed *in forma pauperis*.[1] He hasn't asked for more time or otherwise responded. The Court warned that it would dismiss Mr. Lamberth's complaint if he did not comply with the Court's order within 30 days.[2] Mr. Lamberth's complaint is dismissed, without prejudice, for failure to prosecute.

IT IS SO ORDERED this 21st day of March, 2017.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 3.

[2] Local Rule. 5.5(c)(2).